No. 90–6911. NUNEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6915. CEBALLOS CARRANZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6923. FRANK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6928. DAVIDSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–6932. VETTERNECK v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 90–6941. WRIGHT v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 90–383. WHITFIELD ET AL. v. CLINTON, GOVERNOR OF ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 90–792. LESLIE SALT CO. ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–873. BORN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–955. ALMONT SHIPPING CO., INC. v. RUFFIN ET AL. C. A. 4th Cir. Motion of Preston Trucking Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–1089. BRYANT ET AL. v. WINN-DIXIE STORES, INC., ET AL. Ct. App. Tex., 2d Dist. Motion of petitioners to correct error in petition granted. Certiorari denied.